IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    22-cr-00101-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ALEXIS NICOLE WILKINS,

        Defendant.

_____

**UNOPPOSED MOTION FOR DEFENDANT TO APPEAR BY TELEPHONE**
_____

    Ms. Alexis Wilkins, by and through her counsel Mary V. Butterton, respectfully requests that Ms. Wilkins appear for the Motions Hearing set for June 29, 2022 at 8:30 a.m. by telephone, as she is currently hospitalized. In support of this request, she states as follows:

    1.    On June 10, 2022, Ms. Wilkins, though her attorney, filed a Motion to Modify Conditions of Release and Request for Hearing. Doc. 33. A hearing was initially set for June 22, 2022, but was ultimately reset for June 29, 2022 at 8:30 a.m. in front of Magistrate Judge Varholak. Docs. 35, 44.

    2.    Ms. Wilkins is currently hospitalized at UC Health Hospital in Aurora, Colorado due to complications with her pregnancy. Undersigned counsel anticipates that she will remain in the hospital at least through tomorrow.[1]

---

[1] If Ms. Wilkins is unexpectedly released from the hospital later today or early tomorrow morning, she will appear at the scheduled hearing in-person.

3. The issues raised in the Motion to Modify Conditions are time sensitive, due to Ms. Wilkin's late stage of pregnancy and need for continuing medical care; Ms. Wilkins wishes the issues raised in the Motion to be resolved as scheduled.

4. Undersigned counsel has conferred with Assistant United States Attorney Peter McNeilly, who has no objection to the request for Ms. Wilkins to appear by telephone if she continues to be hospitalized.

Wherefore, Ms. Wilkins, through undersigned counsel, respectfully requests that Ms. Wilkins appear for the Motions Hearing set for June 29, 2022 at 8:30 a.m. by telephone.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender

    s/ Mary V. Butterton
    MARY V. BUTTERTON
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Mary_Butterton@fd.org
    Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Peter McNeilly, Assistant United States Attorney
Email: Peter.McNeilly@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Alexis Wilkins (via U.S. Mail)

s/ Mary V. Butterton
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Mary_Butterton@fd.org
Attorney for Defendant