IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.      22-cr-00101-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ALEXIS NICOLE WILKINS,

        Defendant.

---

## NOTICE OF DISPOSITION

---

      Defendant, Alexis Wilkins, by and through counsel, Mary V. Butterton, hereby notifies this Court that a disposition has been reached in his case with the government.   The defendant notes that per E.C.F. No. 31, a Change of Plea Hearing is scheduled for November 15, 2022, at 3:00 p.m.

      Respectfully submitted this 16th day of September, 2022.

                      VIRGINIA L. GRADY
                      Federal Public Defender


                      s/ Mary V. Butterton
                      MARY V. BUTTERTON
                      Assistant Federal Public Defender
                      633 17th Street, Suite 1000
                      Denver, CO  80202
                      Telephone:  (303) 294-7002
                      FAX:  (303) 294-1192
                      Mary_Butterton@fd.org
                      Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

>Peter McNeilly, Assistant United States Attorney
>Email: Peter.McNeilly@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

>Alexis Nicole Wilkins (via U.S. Mail)

>s/ Mary V. Butterton
>MARY V. BUTTERTON
>Assistant Federal Public Defender
>633 17th Street, Suite 1000
>Denver, CO  80202
>Telephone:  (303) 294-7002
>FAX:  (303) 294-1192
>Mary_Butterton@fd.org
>Attorney for Defendant