IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-101-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEXIS NICOLE WILKINS,

    Defendant.

## UNITED STATES' RESPONSE TO THE DEFENDANT'S SENTENCING STATEMENT

    The United States of America, by and through Cole Finegan, United States Attorney for the District of Colorado, and Peter McNeilly, Assistant United States Attorney, respectfully responds to the defendant's Sentencing Statement (ECF No. 73).

    The government recommends a sentence of 240 months imprisonment, followed by five years of supervised release. The government does not intend to file a motion pursuant to 18 U.S.C. § 3553(e) or United States Sentencing Guidelines §5K1.1.

                        COLE FINEGAN
                        United States Attorney

            By:  s/ *Peter McNeilly*
                    PETER MCNEILLY
                    Assistant U.S. Attorney
                    United States Attorney's Office
                    1801 California Street, Suite 1600
                    Denver, CO 80202
                    (303) 454-0100
                    Fax: (303) 454-0409
                    Email: peter.mcneilly@usdoj.gov
                    Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2023, I electronically filed the foregoing

**UNITED STATES' RESPONSE TO THE DEFENDANT'S SENTENCING STATEMENT**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to all e-mail addresses of record.

By: *s/Peter McNeilly*
PETER MCNEILLY
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail: peter.mcneilly@usdoj.gov